LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for Defendant*
*Copper Crest Homeowners Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, N.A., SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR BEAR STEARNS ALT-A TRUST 2006-4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC., a Nevada corporation; COPPER CREST HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; SHARON LEE RAO, an individual.<br><br>Defendants. | CASE NO.: 2:16-cv-02733-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO WILMINGTON TRUST, N.A.'S COMPLAINT**<br><br>**(First Request)** |

Defendant COPPER CREST HOMEOWNERS' ASSOCIATION ("HOA"), and Plaintiff WILMINGTON TRUST, N.A., by and through their respective counsel, hereby agree and stipulate as follows:

///

///

///

///

///

1  IT IS HEREBY AGREED AND STIPULATED, that the deadline for HOA to Respond to Plaintiff WILMINGTON TRUST, N.A.'s Complaint shall be extended to **February 13, 2017**. The HOA's Response was originally due on January 30, 2017. As counsel has just recently been retained in this matter, the parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating each other given the circumstances.

DATED this 2nd day of February, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ *Amber M. Williams*
J. William Ebert, Esq. (Bar # 2697)
Amber M. Williams, Esq. (Bar # 12301)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
bebert@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for Defendant
Copper Crest Homeowners Association*

DATED this 2nd day of February, 2017.

BALLARD SPAHR LLP

By: /s/ *Sylvia O. Semper*
Abran E. Vigil, Esq. (Bar # 7548)
Sylvia O. Semper, Esq. (Bar # 12863)
100 North City Parkway, Suite 1750
Las Vegas, NV 89106
vigila@ballardspahr.com
semper@ballardspahr.com

Attorneys for Plaintiff Wilmington Trust, N.A., successor trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series 2006-4

*Wilmington Trust, N.A. vs. Premier One Holdings, et al.*
Case No. 2:16-cv-02733-JAD-NJK

**Stipulation and Order to Extend Time to File
Response to Complaint (First Request)**

## ORDER

IT IS SO ORDERED.

DATED this _ 3rd _ day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ *Amber M. Williams*
_____
J. William Ebert, Esq. (Bar No. 2697)
Amber M. Williams, Esq. (Bar No. 12301)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant
Copper Crest Homeowners Association*